

windelsmarx.com

**Rodman E. Honecker**
732.448.2534
rhonecker@windelsmarx.com

120 Albany Street Plaza  |  New Brunswick, NJ 08901
T. 732.846.7600  |  F. 732.846.8877

October 29, 2020

<u>VIA ECF and EMAIL (njdnef-williams@njd.uscourts.gov)</u>
Honorable Karen M. Williams, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ  08101

Re:    <u>General Motors LLC v. Ashton</u>
       Case No. 20-12659

So Ordered: October 29, 2020

*Karen M Williams*

Karen M. Williams
United States Magistrate Judge

Dear Judge Williams:

    We represent defendant Joseph Ashton ("Defendant").  Pursuant to Your Honor's personal preferences, please accept this as Defendant's request for an extension of three (3) weeks to file his responsive pleading, from the current deadline of this coming Monday (November 2, 2020) to Monday, November 23, 2020.  Plaintiff's counsel has consented to only a 10-day extension, from November 2, 2020 to November 12, 2020.  Defendant has already availed himself of the 14-day "breathing room" extension under Local Rule 6.1(b).

    The reason for the requested extension is that this is a complex matter, our firm was only recently retained, and no prejudice to Plaintiff will result.  Finally, we have <u>pro</u> <u>hac</u> applications pending for two of my colleagues with our firm.

    The complexity of this action is demonstrated by reference to the 62-page Complaint which includes, <u>inter</u> <u>alia</u>, 35 pages of factual allegations.  The allegations include references to parallel criminal actions implicating multiple persons over the course of several years.

    Our firm only entered its formal appearance on October 15, 2020.  We are still in the process of ascertaining the underlying facts and gathering documents.

Honorable Karen M. Williams, U.S.M.J.
October 29, 2020
Page 2

No prejudice will result from the granting of this modest extension.  The Complaint was only filed on September 14, 2020.  See Prall v. Ellis, 2012 WL 4490729 (D.N.J. Sept. 27, 2012)(Simandle, J.)(finding of no prejudice from late filing of answer); see also Kamden-Ouaffo v. Hucarro, 2017 WL 685104 (D.N.J. Feb. 21, 2017)(Cecchi, J.)(affirming Magistrate Judge Falk's order extending schedule; noting, with citation to Local Rule 6.1, that "[i]t is understood and anticipated that over the course of a litigation, deadlines may need to be adjusted.").

Finally, we have pro hac applications pending for two of my colleagues, Brad Simon and Ben Kusmin.  Mr. Simon and Mr. Kusmin are taking the "laboring oar" on this matter.

We will of course make ourselves available in the event Your Honor would prefer to discuss this matter at a status conference.

                                                Respectfully submitted,

                                                By: /s/Rodman E. Honecker
                                                     Rodman E. Honecker

REH:pmm
cc:    James E. Marina, Esq. (via ECF and email)
        Bradley D. Simon, Esq. (via email)
        Ben Kusmin, Esq. (via email)

{40902922:1}