# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

**James E. Marina (N.J. Bar No. 050791996)**
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

| | |
|---|---|
| GENERAL MOTORS LLC, GENERAL MOTORS COMPANY,    Plaintiffs, against JOSEPH ASHTON,    Defendant. | CASE NO. 20-12659  PLAINTIFFS' STATEMENT PURSUANT TO LOCAL CIVIL RULE 7.1.1 |

Pursuant to Local Civil Rule 7.1.1, Plaintiffs General Motors LLC and General Motors Company (collectively, "GM") state that no person or entity is providing funding for some or all of GM's attorneys' fees or expenses in this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: August 5, 2021

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

By: *s/James E. Marina*
James E. Marina (N.J. Bar No. 050791996)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
jmarina@kirkland.com

Hariklia Karis, P.C. (*admitted pro hac vice*)
Jeffrey Willian, P.C. (*admitted pro hac vice*)
Casey McGushin  (*admitted pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
hariklia.karis@kirkland.com
jeffrey.willian@kirkland.com
casey.mcgushin@kirkland.com

1

Austin Norris (*admitted pro hac vice*)
2049 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 552-4200
austin.norris@kirkland.com

Maisie Allison (*admitted pro hac vice*)
555 South Flower Street
Los Angeles, CA 90071
Telephone:  (213) 680-8400
maisie.allison@kirkland.com

*Attorneys for Plaintiffs General Motors LLC and General Motors Company*

2