THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GENERAL MOTORS LLC et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOSEPH ASHTON,<br><br>　　　　Defendant. | Civil No. 20-12659 (RBK/SAK) |

## ORDER

The Court having held a discovery dispute conference on **October 27, 2021**; and the Court noting the following appearances: **James Marina, Esquire**, **Hariklia Karis, Esquire**, and **Jeffrey L. William, Esquire**, appearing on behalf of Plaintiffs; and **Ben J. Kusmin, Esquire** and **Bradley D. Simon, Esquire**, appearing on behalf of Defendant; and the Court having held oral argument; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

**IT IS HEREBY ORDERED** this **4th** day of **November, 2021**, as follows:

1. Defendant shall respond to Plaintiffs' discovery requests, including Interrogatory No. 9, fully and substantively.

2. Defendant shall not include boilerplate objectives in his amended responses. If Defendant believes an objection is warranted for a particular request, he shall articulate a legitimate basis for the objection. If information and/or documents are withheld based on a claim of privilege, Defendant shall provide Plaintiffs with a privilege log. Defendant shall serve his amended responses, with a privilege log if applicable, by **November 10, 2021**.

3. The parties shall meet and confer in an effort to resolve the deficiencies described in Defendant's October 25, 2021 letter to the Court. If the parties are unable to resolve these disputes, Defendant shall advise the Court by **November 11, 2021** of any outstanding disputes. Plaintiffs shall respond to Defendant's letter by **November 16, 2021**. The parties' letters shall include legal authorities for their respective positions. If necessary, a conference to address these issues is scheduled for <u>**November 19, 2021 at 2:00 p.m.**</u> All counsel shall dial **1-888-278-0296, Access Code: 2961061#** to connect to the call.

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc: Hon. Robert B. Kugler, U.S.D.J.