UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GENERAL MOTORS LLC, and GENERAL MOTORS COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH ASHTON,<br><br>Defendant. | Case No.: 20-cv-12659<br>Honorable Robert Kugler, U.S.D.J.<br><br>Honorable Elizabeth A. Pascal, U.S.M.J.<br><br>NOTICE OF MOTION TO QUASH NONPARTY DEPOSITION SUBPOENA PURSUANT TO FED R. CIV. P. 45(c)(3)(A) and (B) AND 26(c)<br>MOTION RETURNABLE<br>March 6, 2023 |

TO: Clerk, United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

James Marina, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that on March 6, 2023, non-party Denise Ashton ("Movant") will move before this Court for an order quashing the deposition subpoena served upon her by Plaintiffs under Fed. R. Civ. P. 45(c)(3)(A) and (B) and Fed. R. Civ. P. 26(c), and this Court's January 30, 2023 Amended Scheduling Order (Dkt. 106).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Movant will rely on the accompanying Brief, Counsel's Declaration with Exhibits, and Affidavit of Denise Ashton, all in support of the motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1(e), a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Respectfully submitted,

By: /s/ *Rodman E. Honecker*

Rodman E. Honecker
Ben J. Kusmin (pro hac vice)
WINDELS MARX LANE & MITTENDORF, LLP
120 Albany Street Plaza
New Brunswick, NJ 08901
rhonecker@windelsmarx.com
bkusmin@windelsmarx.com
Attorneys for Defendant Joseph Ashton
and Non-Party Denise Ashton

Dated: February 16, 2023