**KUBLANOVSKY LAW LLC**
**BY: EUGENE D. KUBLANOVSKY, ESQ.**
**NJ BAR NO.: 029992005**
**26 PARK STREET, SUITE 2178**
**MONTCLAIR, NJ 07042**
**(212) 729-4707**
**EUGENE@EDKLAW.COM**

*Attorneys for Nonparty Linda Knoll*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>Plaintiffs,<br><br>- against -<br><br>JOSEPH ASHTON,<br><br>Defendant. | Case No. 20-cv-12659 (RBK/EAP)<br><br>**NOTICE OF MOTION TO QUASH NON-PARTY SUBPOENA PURSUANT TO FED R. CIV. P. 45**<br><br>**MOTION RETURNABLE: April 3, 2023** |

**TO:**

Clerk, United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

James Marina, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
*Attorneys for Plaintiffs*

Rodman E. Honecker
WINDELS MARX LANE & MITTENDORF, LLP
120 Albany Street Plaza
New Brunswick, NJ 08901
*Attorneys for Defendant Joseph Ashton*

**COUNSEL:**

**PLEASE TAKE NOTICE** that on April 3, 2023, at 9:00 a.m., or at such other date and time as the Court may direct, Nonparty Linda Knoll, through her undersigned counsel, will move before this Court under Fed. R. Civ. P. 45 for an Order quashing the subpoena served upon AOL/Oath Inc. (now Yahoo Inc.) by Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned will rely on the accompanying Brief and Affirmations of Linda Knoll and Howard J. Kaplan, and the exhibits annexed thereto, and the proposed form of order.

Dated: February 27, 2023
Montclair, N.J.

/s/ Eugene D. Kublanovsky
KUBLANOVSKY LAW LLC
BY: Eugene D. Kublanovsky, Esq. (EK 4405)
NJ Bar No.: 029992005
26 Park Street, Suite 2178
Montclair, NJ 07042
Tel: (212) 729-4707
Email: eugene@edklaw.com

*Attorneys for Nonparty Linda Knoll*