WINDELS MARX | Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

Rodman E. Honecker
732.448.2534
rhonecker@windelsmarx.com

120 Albany Street Plaza | New Brunswick, NJ 08901
T. 732.846.7600 | F. 732.846.8877

March 31, 2023

**VIA ECF**

Honorable Elizabeth A. Pascal, U.S.M.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**Re: General Motors LLC, et al. v. Joseph Ashton**
**Case No. 20-cv-12659-RBK-EAP**

Dear Judge Pascal:

This firm represents Defendant Joseph Ashton in the above-captioned matter. Please be advised that Mr. Ashton has filed for Chapter 13 bankruptcy protection in the U.S. Bankruptcy Court, District of New Jersey, In re Ashton, Joseph J & Ashton, Denise, Case No. 23-12677. Accordingly, the automatic stay applies to the action filed by General Motors against Mr. Ashton.

Respectfully submitted,

*/s/ Rodman E. Honecker*
Rodman E. Honecker
For the Firm

REH:pmm
Enclosures
cc: Casey McGushin, Esq. (via ECF)