**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **GENERAL MOTORS LLC, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JOSEPH ASHTON,**<br><br>**Defendant.** | **Civil No. 20-12659 (RBK/EAP)** |

**ORDER OF ADMINISTRATIVE TERMINATION**

This matter having come before the Court by way of letter dated March 31, 2023, from Rodman E. Honecker, Esquire, counsel for Defendant Joseph Ashton; and the Court noting that Defendant has filed for Chapter 11 Bankruptcy in the District of New Jersey; and for good cause shown;

**IT IS** on this **4th** day of **April 2023**;

**ORDERED** that all proceedings in this matter are hereby **STAYED**; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter and all pending motions; and it is further

**ORDERED** that defense counsel provide a status report to the Court following resolution of the bankruptcy proceedings.

s/ Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc: Hon. Robert B. Kugler, U.S.D.J.